■ SUSAN KRANTZ, Respondent, v GRAY LINE NEW YORK TOURS INC., Appellant, et al., Defendant. [605 NYS2d 864] —

Order, Supreme Court, New York County (Charles E. Ramos, J.), entered on or about November 12, 1992, which denied defendant's motion for summary judgment, unanimously affirmed, without costs.

On the uncontroverted facts in this record, we find that Insurance Law § 5102 (d) does not apply. The action is one for simple negligence involving maintenance of the interior safety of the bus. Concur—Ellerin, J. P., Wallach, Kupferman and Nardelli, JJ.